# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0223
LT Case No. 2022-102070-CFDL

_____

STATE OF FLORIDA,

Appellant,

v.

AMBER J. CONEY,

Appellee.

_____

On Appeal from the Circuit Court for Volusia County.
Randell H. Rowe, III, Judge.

Ashley Moody, Attorney General, Tallahassee, and Mitchell E. Sanders, Assistant Attorney General, Daytona Beach, for Appellant.

No Appearance for Appellee.

September 6, 2024

PER CURIAM.

The State of Florida appeals the trial court's withholding adjudication of guilt for Appellee Amber J. Coney's crimes of conspiracy to commit tampering in a felony second-degree proceeding and tampering in a felony second-degree proceeding, as

well as the downward departure probationary sentences imposed following Coney's open nolo contendere plea to both crimes.[1]

Tampering with a victim, witness, or informant in a felony second-degree proceeding is a first-degree felony.[2] The trial court erred in withholding an adjudication of guilt on this count because it was statutorily precluded from doing so. *See* § 775.08435(1)(a), Fla. Stat. (2022). Accordingly, we reverse the judgment and sentence on this count and remand the matter for further proceedings consistent with this opinion. The judgment and downward departure sentence are otherwise affirmed without further discussion.

AFFIRMED, in part; REVERSED, in part; REMANDED for further proceedings consistent with this opinion.

WALLIS, LAMBERT, and SOUD, JJ., concur.

---

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

---

[1] We have jurisdiction. *See* Art. V, § 4(b)(1), Fla. Const.; Fla. R. App. P. 9.140(c)(1)(L)–(M).

[2] *See* § 914.22(1), (2)(c), Fla. Stat. (2022).